No. 43890.—Protest 22562–K of Barthold Michels Son Co., Inc. (New York).

Opinion by KEEFE, J.   On the record presented the protest was overruled.

No. 43891.—Protests 986971–G, etc., of Selby Battersby & Co. (New York).

Opinion by KEEFE, J.   On the record presented the protests were overruled.

No. 43892.—Protests 899005–G, etc., of Alaska Coast Fisheries et al. (Juneau, etc.).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 7, 1940

No. 43893.—Petition 5836–R of Adolphe Hurst & Co., Inc. (New Orleans).

Opinion by BROWN, J.   An examination of the papers revealed nothing to disturb the action of the collector.   The petition was therefore denied.

BEFORE THE THIRD DIVISION, JUNE 7, 1940

No. 43894.—Protest 677453–G of Farmers Produce Co. (Los Angeles).

Opinion by CLINE, J.   Nothing was offered tending to show that the plaintiff submitted to the collector evidence other than the notices of condemnation together with the condemnation certificates.   It was held that they failed to meet the evidence submitted by the Government, which, on the record presented, indicated that the collector acted lawfully in denying the importer's claim for refund of duty on the condemned tomatoes.   The protest was therefore overruled.

No. 43895.—Protest 979465–G of Golding Bros. Co., Inc. (New York).

Opinion by CLINE, J.   The record shows that the merchandise consisted of bolts of cloth wrapped in paper and packed in burlap bales and that the fabrics were marked "Belgian Make" but the wrapping paper and the burlap contained no marking to indicate the country of origin.   On the authority of Golding v. United States (4 Cust. Ct. 67, C. D. 287) the protest was sustained.